IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-441-GCM

| | |
|---|---|
| **MAACO FRANCHISOR SPV, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **KNACK FIX, LLC et al,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by James C. Adams II, concerning Monica McCoskey, on August 21, 2023. Monica McCoskey seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Monica McCoskey is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: August 24, 2023

Graham C. Mullen
United States District Judge